1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POMWONDERFUL LLC, a Delaware limited liability company, | Case No. CV10-01461 PA (JEMx) |
| Plaintiffs, | **ORDER RE DISMISSAL WITH PREJUDICE** |
| v. | |
| M.H. ZEIGLER AND SONS, LLC dba ZEIGLER BEVERAGE COMPANY, a Delaware limited liability company; and DOES 1-10 inclusive, | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] Hon. Percy Anderson |
| Defendants | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{047626.1}

[PROPOSED] ORDER RE: DISMISSAL

1  In consideration of and pursuant to the stipulation between the parties and
2  pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), it is hereby ordered that the above action is to
3  be dismissed with prejudice, and the Clerk of Court is hereby directed to enter
4  judgment in conformity with this Order.

5  LET JUDGMENT BE ENTERED ACCORDINGLY.

8  Dated:  January   18 , 2011            By:  _____
                                                The Honorable Percy Anderson
                                                U.S. District Court Judge